**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| IN RE: | CASE: A19-63782-PWB |
| LISA ALICE KELLY | CHAPTER 13 |
| **Debtor** | |

**Notice of Final Cure**

Pursuant to Federal Rule of Bankruptcy Procedure 3002.1(f), the Standing Chapter 13 Trustee K. Edward Safir files this Notice of Final Cure Payment.  The amount required to cure the default in the claim listed below has been paid in full.

**Name of Creditor:**  MILL CITY MORTGAGE LOAN TRUST 2017-2

**Final Cure Amount**

| Court Claim # | Account Number | Claim Asserted | Claim Allowed | Amount Paid |
|---|---|---|---|---|
| 10 | 4943 | $2,621.63 | $2,621.63 | $2,621.63 |
| Total Amount Paid by Trustee | | | | $2,621.63 |

**Monthly Ongoing Mortgage Payment**

Mortgage is Paid:

_____  Through the Chapter 13 Conduit        **X**   Directly by the Debtor

Within 21 days of the service of the Notice of Final Cure Payment, the creditor MUST file and serve a Statement as a supplement to the holder's proof of claim on the Debtor, Debtor's Counsel and the Chapter 13 Trustee, pursuant to Fed.R.Bank.P.3002.1(g), indicating 1) whether it agrees that the Debtor has paid in full the amount required to cure the default on the claim; and 2) whether the Debtor is otherwise current on all payments consistent with 11 U.S.C. § 1322(b)(5).

The statement shall itemize the required cure or post-petition amounts, if any, that the holder contends remain unpaid as of the date of the statement.  The statement shall be filed as a supplement to the holder's proof of claim and is not subject to Rule 3001(f).  Failure to notify may result in sanctions.

A19-63782-PWB

**CERTIFICATE OF SERVICE**

    I hereby certify that on this day I electronically filed the foregoing pleading using the Bankruptcy Court's Electronic Case Filing program, which sends a notice of this document and an accompanying link to this document to the following parties who have appeared in this case under the Bankruptcy Court's Electronic Case Filing program:

    THE CRAIG BLACK LAW FIRM, LLC

    I further certify that on this day I caused a copy of this document to be served via first-class United States mail, postage prepaid, on the following parties at the address shown for each:

LISA ALICE KELLY
3614 BLACKWELL RUN
MARIETTA, GA 30066

MILL CITY MORTGAGE LOAN TRUST 2017-2
ATTN: Bankruptcy Administrator
Wilmington Savings Fund Society, FSB
NewRez LLC dba Shellpoint Mortgage Servicing
P.O. Box 10826
Greenville, SC  29603-0826

RAS Crane
Andrea Betts
10700 Abbott's Bridge Rd ste 170
Duluth GA 30097

McCalla Raymer Leibert Pierce
A Michelle Hart Ippoliti
1544 Old Alabama Rd
Roswell GA 30076

Bonial & Associates
Chad Simon
PO Box 80727
Atlanta GA 30366

Padgett Law Group
Jason Seals
6267 Old Water Oak Rd Ste 203
Tallahassee FL 32312

Dated: October 22, 2024

                                      Respectfully submitted,

                                      _/s/_____
K. Edward Safir, Standing Chapter 13 Trustee
GA Bar No. 622149
285 Peachtree Center Ave, Suite 1600
Atlanta, GA  30303-1229
(404) 525-1110
eds@atlch13tt.com

3